**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6019**

_____

In Re: VINCENT BARR,

                                        Petitioner.


_____

On Petition for Writ of Mandamus.
(CA-01-3175-2-22)

_____

Submitted: March 14, 2002          Decided: March 26, 2002

_____

Before NIEMEYER and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Vincent Barr, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Vincent Barr filed this mandamus petition seeking to compel the district court to consolidate two cases, proceed with service of process, and order a jury trial. Mandamus relief is available only when the petitioner has a clear right to the relief sought and there are no other means for obtaining the requested relief. Allied Chem. Corp. v. Daiflon, Inc., 449 U.S. 33, 35 (1980); In re Beard, 811 F.2d 818, 826 (4th Cir. 1987). Because Barr has not demonstrated both a clear right to relief and the absence of other means to obtain the relief, we deny the petition.

We grant Barr's motion to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED